Darron McGEE, Plaintiff–Appellant,

v.

**LUMBER GROUP, INC., Charles Harris, Defendants–Appellees.**

No. 05–13711.

United States Court of Appeals, Eleventh Circuit.

May 24, 2006.

Malcolm R. Newman, Dothan, AL, for Plaintiff–Appellant.

Elizabeth B. Glasgow, Farmer, Price, Hornsby & Weatherford, Dothan, AL, for Defendants–Appellees.

Before HULL and WILSON, Circuit Judges and RICHARD W. GOLDBERG,* Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's grant of summary judgment in favor of defendant Lumber Group, Inc. on plaintiff Darron McGee's hostile work environment claims under 42 U.S.C. § 1981.

**AFFIRMED.**

---

* Honorable Adrian G. Duplantier, United States District Judge for the Eastern District of Louisiana, sitting by designation.

* Honorable Richard W. Goldberg, Judge, U.S. Court of International Trade, sitting by designation.